**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ELECTORS AND RESIDENTS OF   :   No. 336 MAL 2015
SWATARA TOWNSHIP                     :
                                      :
                                      :   Petition for Allowance of Appeal from
PETITION OF: SWATARA TOWNSHIP    :   the Order of the Commonwealth Court
COMMISSIONERS, HON. THOMAS J.     :
CONNOLLY, JR., HON. STEVE           :
CHIAVETTA, HON. EDWARD TROXELL,   :
AND HON. RICHARD H. BOUDER      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of October, 2015, the Petition for Allowance of Appeal

is **DENIED**.